1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                     EASTERN DIVISION

10

11 PEDRO COVARRUBIAS ROJAS, JR.,   )   CASE NO.: **EDCV10-303 PLA**
                                   )
12            Plaintiff,           )   ORDER
                                   )   AWARDING  EAJA FEES
13       v.                        )
                                   )
14 MICHAEL J. ASTRUE,              )
   Commissioner of Social Security,)
15                                 )
              Defendant.           )
16 _____ )

17

18       Based upon the parties' Stipulation for Award and Payment of Equal Access

19 to Justice Act (EAJA) Fees ("Stipulation"),

20       **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21 Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND

22 EIGHT HUNDRED FORTY DOLLARS and no/cents ($1,840.00), as authorized

23 by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

24       DATED:    October 5, 2011

25
                             _____
26                           PAUL L. ABRAMS
                             United States Magistrate Judge
27

28

                                  1